IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, | No. CV 16-336-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Nationstar Mortgage LLC, et al. | |
| Defendants. | |

Pending before the Court are two Reports and Recommendations issued by Magistrate Judge Kimmins. In the Reports and Recommendations, Magistrate Judge Kimmins recommends granting Defendants' motions to dismiss. As the Court finds that the Reports and Recommendations appropriately resolved the motions, Plaintiff's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Reports and Recommendations (Docs. 45, 50) are accepted and adopted.

(2) The motions to dismiss (Docs. 35, 47) are granted. This case is dismissed with prejudice and leave to amend is denied. All other pending motions are denied.

---

[1] The Court reviews de novo the objected-to portions of the Reports and Recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Reports and Recommendations. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(3) The Clerk of the Court shall enter judgment and close the file in this case.

DATED this 13th day of July, 2017.

*James A. Soto*
United States District Judge